IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANCISCO CASTANEDA RIVERA,<br><br>　　　　Defendant. | No. CR 10-1098-TUC-CKJ (HCE)<br><br>**ORDER** |

On May 6, 2011, Magistrate Judge Hector C. Estrada issued a Report and Recommendation (Doc. 38) in which he recommended this Court find that Defendant's Motion to Suppress Expert Testimony as to Drug Trafficking Organizations and Use of Unwitting Couriers (Doc. 32) be denied. The Report and Recommendation notified the parties that they had 14 days from the date of service of the Report and Recommendation to file any objections. No objections have been filed.

The Court has reviewed and considered the pending motion and related documents.

Accordingly, after an independent review, IT IS ORDERED:

1.　The Report and Recommendation (Doc. 38) is ADOPTED;

2.　The Motion to Suppress Expert Testimony as to Drug Trafficking Organizations and Use of Unwitting Couriers (Doc. 32) is DENIED.

DATED this 25th day of May, 2011.

_____
Cindy K. Jorgenson
United States District Judge